# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

136144

WILLIAM J. KORRECK,
      Plaintiff-Appellee,

v

POWER BRITE OF MICHIGAN, INC., and
SENTRY INSURANCE A MUTUAL COMPANY,
      Defendants-Appellants,
and

FRANKENMUTH MUTUAL INSURANCE
COMPANY,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136144
COA: 280724
WCAC: 06-000293

      On order of the Court, the application for leave to appeal the February 22, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

t0519

_____
Clerk